**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA NICOL RIVERA; ARGM GLOBAL LLC; CITIBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; FORIS DAX, INC. d/b/a CRYPTO.COM; AND CROSS RIVER BANK,<br><br>Defendants. | Civil Action No. 6:25-cv-12713-TMC-SVH |

**DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Citibank, N.A. ("Citibank"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), hereby respectfully moves to dismiss the First, Second, Third, Fourth, and Sixth Causes of Action of the First Amended Complaint ("Complaint") filed by Allen Temple Community Economic Development Corporation ("Plaintiff") as against Citibank, with prejudice, for failure to state a claim upon which relief can be granted.

The grounds and authorities in support of Citibank's Motion to Dismiss are set forth in the accompanying Memorandum of Law in Support, which Citibank is filing contemporaneously with this Motion and which is incorporated herein by reference pursuant to Federal Rule of Civil Procedure 10(c).

WHEREFORE, based on the foregoing, Citibank respectfully requests that the Court enter an Order dismissing, with prejudice, Plaintiff's First Amended Complaint in its entirety for failure to state a claim upon which relief can be granted; awarding Citibank its reasonable attorneys' fees and costs; and awarding such other relief as this Court deems just and proper.

Dated: May 11, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Jasmine K. Gardner*
Jasmine K. Gardner, Fed. Bar No. 12531
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
Email: jgardner@mcguirewoods.com

***Counsel for Defendant Citibank, N.A.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2026, I caused the foregoing **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, MEMORANDUM OF LAW IN SUPPORT, AND PROPOSED ORDER** to be electronically filed with the Clerk of the Court via the Court's CM/ECF system. Counsel for all parties who have appeared in this case are registered CM/ECF users and will be served by the Court's CM/ECF System.

*/s/ Jasmine K. Gardner*
Jasmine K. Gardner

***Counsel for Defendant Citibank, N.A.***