**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA NICOL RIVERA; ARGM GLOBAL LLC; CITIBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; FORIS DAX, INC. d/b/a CRYPTO.COM; AND CROSS RIVER BANK,<br><br>Defendants. | Civil Action No. 6:25-cv-12713-TMC-SVH |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Citibank, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss"), any oppositions and replies thereto, and there being good cause shown, it is this ____ day of _______________, 2026, hereby**:**

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the First, Second, Third, Fourth, and Sixth Causes of Action of Plaintiff's First Amended Complaint against Citibank are hereby dismissed in their entirety with prejudice.

Date: _______________

____________________________________
HON. SHIVA V. HODGES
U.S. Magistrate Judge