**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA NICOL RIVERA; ARGM GLOBAL LLC; CITIBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; FORIS DAX, INC. d/b/a CRYPTO.COM; AND CROSS RIVER BANK,<br><br>Defendants. | Civil Action No. 6:25-cv-12713-TMC-SVH |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2026, Defendant Citibank, N.A.'s **NOTICE OF APPEARANCE (Dkt. 32); MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, MEMORANDUM OF LAW IN SUPPORT, AND PROPOSED ORDER (Dkt. 33)**; **ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES (Dkt. 34)**; and **RULE 7.1 DISCLOSURE STATEMENT (Dkt. 35)**, were electronically filed with the Clerk of the Court via the Court's CM/ECF system. All counsel who have appeared in this case are registered CM/ECF users and were served via the Court's CM/ECF system.

I FURTHER CERTIFY that on May 12, 2026, a copy of the foregoing documents was mailed via First-Class Mail, postage prepaid, to the following pro se Defendant who is not a registered CM/ECF user:

Nicol Rivera
25064 SW 107 Ave
Homestead, FL 33032

Dated: May 12, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Jasmine K. Gardner*
Jasmine K. Gardner, Fed. Bar No. 12531
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
Email: jgardner@mcguirewoods.com

***Counsel for Defendant Citibank, N.A.***