**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA NICOL RIVERA; ARGM GLOBAL LLC; CITIBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; FORIS DAX, INC. d/b/a CRYPTO.COM; AND CROSS RIVER BANK,<br><br>Defendants. | Civil Action No. 6:25-cv-12713-TMC-SVH |

**DEFENDANT CITIBANK, N.A.'S**
**ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Defendant Citibank, N.A. ("Citibank"), by and through its undersigned counsel and pursuant to Local Rule 26.01, answers the Interrogatories as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER**: Not applicable.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER**: Plaintiff has requested a jury trial on all issues so triable.

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a

parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**: Citibank, N.A. is a publicly owned company that is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc. Citigroup Inc. therefore indirectly owns 10% or more of the stock of Citibank, N.A.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER**: This action was filed in the Greenville Division of the U.S. District Court for the District of South Carolina by Plaintiff Allen Temple Community Economic Development Corporation.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**: Not applicable.

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**: Not applicable.

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER**: Not applicable.

(H) *Parties or Intervenors in a Diversity Case*. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER**: Not applicable.

Dated: May 11, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Jasmine K. Gardner*
Jasmine K. Gardner, Fed Bar. No. 12531
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
Email: jgardner@mcguirewoods.com

***Counsel for Defendant Citibank, N.A.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2026, I caused the foregoing **DEFENDANT CITIBANK, N.A.'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** to be electronically filed with the Clerk of the Court via the Court's CM/ECF System. Counsel for all parties who have appeared in this case are registered CM/ECF users and will be served by the Court's CM/ECF System.

*/s/ Jasmine K. Gardner*
Jasmine K. Gardner

***Counsel for Defendant Citibank, N.A.***