**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,

*Plaintiff*,

v.

ALEXANDRIA NICOL RIVERA, *et al.*,

*Defendants*.
________________________________/

Civil Action No. 6:25-cv-12713-TMC-SVH

**CERTIFICATE OF SERVICE**

I, the undersigned employee of Milling Law Firm, do hereby certify that I have served upon the following party in this action a copy of the pleading(s) herein below specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address

**Pleading(s):** Defendants Community Federal Savings Bank's Motion to Dismiss

**Parties Served:**

**Alexandra Nicol Rivera**
**25064 SW 107 Ave**
**Homestead, FL 33032**

*s/ Jonathan M. Milling*
Jonathan M. Milling
jmm@millinglaw.net
Milling Law Firm, LLC
2910 Devine Street
Columbia, SC 29205
(803) 451-7700

June 11, 2026