IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ALLEN TEMPLE COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br>Vs.<br><br>ALEXANDRIA NICOL RIVERA; ARGM GLOBAL LLC; CITIBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; FORIS DAX, INC. d/b/a CRPTO.COM; and CROSS RIVER BANK,<br>Defendants. | Civil Action No. 6:25-cv-012713-TMC-TER<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned employee of Dave Maxfield, Attorney, LLC do hereby swear and affirm that on **June 23, 2026**, I served the foregoing **Plaintiff's Response in Opposition to Defendant Citibank, N.A.'s Motion to Dismiss First Amended Complaint** by sending a copy of same by United States First Class Mail to the following:

Alexandria Nicol Rivera
25064 SW 107 Ave
Homestead, FL 33032

DAVE MAXFIELD, ATTORNEY, LLC

By: s/ Dave Maxfield
David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Plaintiff*

DATED: June 23, 2026

Columbia, South Carolina